# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Randall and Kristina Wenzler,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PDW Productions, LLC, an Arizona Limited Liability Company, et al.,<br><br>　　　　Defendants. | Case No. 2:18-cv-04006-DWL<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT, AND DISMISSING LAWSUIT WITH PREJUDICE** |

This matter having come before the Court on the Parties' Joint Motion for Approval of their Settlement Agreement, and for Dismissal of the Lawsuit with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the parties' confidential Settlement Agreement, which has been filed with the Court under seal, is a fair and reasonable resolution of the parties' dispute, and is therefore approved.

**IT IS FURTHER ORDERED** that the parties' Joint Motion for Dismissal of the Lawsuit With Prejudice is **GRANTED**.