1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

9

Melissa Randall, et al.,

10

Plaintiffs,

11

v.

12

PDW Productions LLC, et al.,

13

Defendants.

14

**NO. CV-18-04006-PHX-DWL**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

15
16

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

17
18
19

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 19, 2019, which granted the parties' Joint Motion for Approval of the Settlement Agreement, this action is hereby dismissed with prejudice.

20
21

Brian D. Karth
District Court Executive/Clerk of Court

22

August 19, 2019

23

s/ D. Draper
By     Deputy Clerk

24
25
26
27
28